**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS JAVIER AGUILAR-GONZALEZ,<br>    aka "Carlos Javier Gonzalez,"<br>    aka "Carlos Javier Aguilar,"<br>        Defendant. | Case No. 2:23-mj-846-EJY<br><br>[Proposed] Order on Stipulation to Extend Deadlines to File Indictment |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the deadline for filing an indictment or information is extended 75 days from the date of this order.

DATED this 13th day of October, 2023.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE